UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:26cv60640

CLAUDETTE R. VANNI,

     Plaintiff,

v.

STATE COURT SYSTEM/THE
SEVENTEENTH JUDICIAL
CIRCUIT COURT OF FLORIDA,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, Defendant STATE COURT SYSTEMS/THE SEVENTEENTH JUDICIAL CIRCUIT COURT OF FLORIDA, by and through undersigned counsel, and hereby files this Notice of Removal and states:

1.    This action was brought and is now pending in the Seventeenth Judicial Circuit Court in and for Broward County, Florida (Circuit Court), under Case Number 2025-CA-15624.

2.    This action was commenced in Broward County, Florida Circuit Court on or about October 13, 2025, by the filing of a Complaint with the Clerk of that Court. A true copy of the Complaint is attached as **Exhibit 1** and a copy of the

Summons is attached as **Exhibit 2**. A true copy of the Amended Complaint filed January 21, 2026 is attached as **Exhibit 3**.

3.       This is an action brought under Chapter 760, Florida Statutes, 29 U.S.C. §629 et seq., 42 U.S.C. §2000e et seq., and 42 U.S.C. §12101 et seq. for which this Court has original jurisdiction under 28 USC § 1331.  It is an action that Defendant is entitled to remove to this Court under 28 USC § 1441 in that Plaintiff's Complaint involves claims arising under federal civil rights law.

4.       Electronic notice of the filing of this Notice of Removal has been given to Marie Mattox, Esq., and a copy of this Notice has been filed with the Clerk of the Circuit Court for Broward County, Florida.

WHEREFORE, Defendant respectfully requests that the above-action now pending against it in Broward County, Florida Circuit Court under Case No: 2025-CA-15624 be removed from that Court.

Respectfully submitted, this 5th day of March 2026.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Glen A. Bassett*
Glen A. Bassett
Special Counsel
Florida Bar No. 615676
Office of the Attorney General
The Capitol - Suite PL-01

Tallahassee, FL 32399-1050
(850) 414-3300
glen.bassett@myfloridalegal.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided by email service to Marie Mattox, Esq. (marie@mattoxlaw.com; michelle2@mattoxlaw.com; and marlene@mattoxlaw.com), through the United States District Court for the Southern District of Florida's CM/ECF e-filing Portal ("Portal") on this 5th day of March 2026.

/s/ *Glen A. Bassett*
Glen A. Bassett
Special Counsel

Page 3 of 3