**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CLAUDETTE R. VANNI,**

      **Plaintiff,**                      **CASE NO.: 0:26-cv-60640-RS**

**v.**

**STATE COURT SYSTEM/THE**
**SEVENTEENTH JUDICIAL**
**CIRCUIT COURT OF FLORIDA,**

      **Defendant.**
_____/

## ORDER ON REMAND

Plaintiff has filed a Motion to Remand.  [ECF 7].  Plaintiff's Motion is well founded and this case is hereby remanded to the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida.

SO ORDERED this _____ day of April 2026.


/s/_____
UNITED STATES DISTRICT JUDGE